

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00474-CR

The **STATE** of Texas,
Appellant

v.

Hendrea D. **MASSIE**,
Appellee

From the 12th Judicial District Court, Walker County, Texas
Trial Court No. 26,173
Honorable Jerry A. Sandel, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  October 30, 2013

DISMISSED

The State has filed a motion to dismiss this appeal.  The motion is granted, and this appeal

is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH